UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISHI BALKISSOON,

Plaintiff,

-against-

NAPA TRANSPORTATION, INC. and KEYONDA HARPER,

Defendants.

**ORDER**

26-CV-05598 (PMH)

PHILIP M. HALPERN, United States District Judge:

Rishi Balkissoon ("Plaintiff") commenced an action on March 24, 2026 in the Supreme Court of New York, County of Dutchess, against Napa Transportation, Inc. and Keyonda Harper ("Defendants") by filing a summons and complaint. (Doc. 1; Doc. 1-1). Defendants filed a Verified Answer to the summons and complaint on June 1, 2026. (Doc. 1-2). On July 1, 2026, Defendants removed the action from state court on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332. (Doc. 1). Other than the filing of a certificate of service (Doc. 5), indicating that the Notice of Removal and associated exhibits were served upon the "Law Office of John P. Grill, P.C.," the alleged attorneys for Plaintiff, nothing has been filed on the docket.

Accordingly, counsel for Plaintiff shall, by August 3, 2026, enter an appearance via ECF so as to receive notice of the filings in this action.

Defendants are directed to serve a copy of this Order on Plaintiff and upon the Law Office of John P. Grill, P.C., and file proof of service on the docket by July 27, 2026.

SO ORDERED:

Dated: White Plains, New York
July 23, 2026

Hon. Philip M. Halpern
United States District Judge